PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 2255 ELKHORN BOULEVARD, RIO LINDA, CALIFORNIA, SACRAMENTO COUNTY, APN: 207-0202-046-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendant. | 2:16−CV−02394−KJM−CKD<br><br>STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE<br><br>Old Date: April 27, 2017 at 9:30 a.m.<br><br>New Date: October 19, 2017 at 9:00 a.m. |

Pursuant to the Status (Pretrial Scheduling) Order filed on March 7, 2017, the Settlement Conference is currently scheduled for April 27, 2017, at 9:30 a.m. before Magistrate Judge Allison Claire. The United States and claimants Marina Pukhkan, Sergey Pukhkan and Sergiy Buzulan hereby stipulate and respectfully request that the Settlement Conference currently set for April 27, 2017, at 9:30 a.m. be continued until October 19, 2017, at 9:00 a.m., to allow the parties to continue their ongoing settlement negotiations. The parties have exchanged preliminary settlement terms, and those terms require examining the existing loan on the defendant property and whether re-financing is available. In the coming weeks, the parties will contact the lender to inquire about the terms of the existing loan and whether additional financing options are available for settlement purposes. The parties believe that this

1

financial information could prove beneficial information for possible settlement.

The parties further respectfully request that the confidential settlement conference statements be submitted by October 12, 2017. No other discovery dates will be impacted by these proposed changes.

WHEREFORE, based on the foregoing, and for good cause shown, the United States and claimants Marina Pukhkan, Sergey Pukhkan and Sergiy Buzulan hereby stipulate that the Settlement Conference is be continued from April 27, 2017, at 9:30 a.m. to October 19, 2017, at 9:00 a.m.

Respectfully Submitted,

Dated: 4/19/2017
PHILLIP A. TALBERT
United States Attorney

By: / s/ Kevin C. Khasigain
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 4/18/2017
/s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Claimants Marina Pukhkan, Sergey Pukhkan and Sergiy Buzulan
(Authorized via email)

ORDER

Pursuant to the parties' request, the Court finds that there is good cause to continue the Settlement Conference from April 27, 2017, at 9:30 a.m. to October 19, 2017, at 9:00 a.m.

Each party is directed to submit to the chambers of Judge Allison Claire confidential settlement conference statements no later than October 12, 2017.

IT IS SO ORDERED.

Dated: April 20, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE