| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | KEVIN C. KHASIGIAN |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA  95814 |
| 4 | Telephone:  (916) 554-2700 |
| 5 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:16-CV-02394-KJM-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE |
| REAL PROPERTY LOCATED AT 2255 ELKHORN BOULEVARD, RIO LINDA, CALIFORNIA, SACRAMENTO COUNTY, APN: 207-0202-046-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | Old Date: January 11, 2018 at 9:00 a.m. |
| | New Date: February 15, 2018 at 9:00 a.m. |
| Defendant. | |

Pursuant to the Status (Pretrial Scheduling) Order filed on October 6, 2016, the Settlement Conference is currently scheduled for January 11, 2018 at 9:00 a.m. before Magistrate Judge Allison Claire.  The United States and claimants Marina Pukhkan, Sergey Pukhkan and Sergiy Buzulan, hereby stipulate and respectfully request that the Settlement Conference currently set for January 11, 2018 at 9:00 a.m. be continued until February 15, 2018 at 9:00 a.m., due to the ongoing (and productive) settlement negotiations and scheduling of depositions in the near future.  The parties believe that the depositions could prove beneficial for possible settlement.

The parties further respectfully request that the confidential settlement conference statements be submitted by February 8, 2018.  No other discovery dates will be impacted by these proposed changes.

WHEREFORE, based on the foregoing, and for good cause shown, the United States and

1

claimants Marina Pukhkan, Sergey Pukhkan and Sergiy Buzulan hereby stipulate that the Settlement Conference be continued from January 11, 2018 at 9:00 a.m. be continued until February 15, 2018 at 9:00 a.m.

Respectfully Submitted,

Dated: 12/20/2017        PHILLIP A. TALBERT
                         United States Attorney

                By:      /s/ Kevin C. Khasigian
                         KEVIN C. KHASIGIAN
                         Assistant U.S. Attorney

Dated: 12/19/2017
                          /s/ Erin J. Radekin
                         ERIN J. RADEKIN
                         Attorney for Claimants Marina Pukhkan, Sergey Pukhkan and Sergiy Buzulan

## ORDER

Pursuant to the parties' request, the Court finds that there is good cause to continue the Settlement Conference from January 11, 2018 at 9:00 a.m. to February 15, 2018 at 9:00 a.m. Each party is directed to submit to the chambers of Judge Allison Claire confidential settlement conference statements no later than February 8, 2018.

IT IS SO ORDERED.

Dated: 12/21/ 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE